FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 26 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 19-4367 JB |
| ) | |
| vs. ) | Count 1: 18 U.S.C. § 1343: Wire Fraud |
| ) | |
| **JESSICA PANGBURN** ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The United States charges:

Count 1

1.  From on or about July 10, 2017 and continuing to on or about September 27, 2018, in the District of New Mexico, the defendant, **JESSICA PANGBURN**, knowingly and intentionally devised a scheme and artifice both to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, affecting a financial institution. For the purpose of executing the scheme and artifice, the defendant knowingly caused interstate and foreign wire communications to be sent.

Background

2.  At relevant times, the Labor Organization was a local of an international union that represented more than 1,000 workers in New Mexico and west Texas. The Labor Organization employed several individuals full-time and paid them weekly by direct deposit.

3.  At relevant times, defendant was employed by the Labor Organization as an office manager in Albuquerque, New Mexico. Her duties included the preparation and authorization of weekly payments to the Labor Organization's employees. Defendant was the

1

sole employee with access to the Labor Organization's accounting software. Although Defendant was not an authorized signer on Labor Organization's bank accounts and required approval to write checks on behalf of Labor Organization, in practice she did not seek or receive approval from any other employee or officer of the Labor Organization to prepare and authorize weekly wage payments to employees.

## The Scheme and Artifice

4. Defendant's scheme and artifice consisted of using her access to the Labor Organization's accounting software to prepare and authorize additional wage payments to herself. Defendant prepared false accounting entries reflecting that she was entitled to additional wage payments within the accounting software. Defendant then used the accounting software to authorize the Labor Organization's payroll vendor to make payment to defendant.

5. It was a part of the scheme that upon receiving the authorization the payroll vendor would withdraw funds from the Labor Organization's account at United Business Bank into its bank account at J.P. Morgan Chase Bank. The payroll vendor would then deposit the funds in defendant's bank account at Wells Fargo Bank. Defendant then used the funds for her personal expenses.

6. As part of the scheme, from on or about July 10, 2017 and continuing to on or about September 27, 2018, defendant prepared, authorized, and received more than 80 improper payments totaling more than $69,000.

## The Wire Communication

7. For the purpose of executing and in order to effect the scheme and artifice to defraud and to obtain money and property under false pretenses, the defendant caused to be made an interstate wire communication on December 27, 2017 through the Labor Organization's

2

accounting software to the payroll vendor requesting an additional wage payment to the defendant.

In violation of 18 U.S.C. § 1343.

JOHN C. ANDERSON
United States Attorney

BENJAMIN J. CHRISTENSON
Assistant U.S. Attorney
201 Third St. NW, Suite 900
Albuquerque, NM 87102
(505) 224-1503
(505) 246-7296 fax